UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>     vs.<br><br>2003 CHEVROLET AVALANCE,<br>etc. and et al.,<br><br>                    Defendants.<br>_____/ | CASE NO. CV F 10-0573 LJO GSA<br><br>**ORDER AFTER SETTLEMENT**<br>(Doc. 19.) |

Plaintiff's counsel notified this Court that settlement has been reached. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than March 7, 2011,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

This Court VACATES all pending dates and matters, including the October 11, 2011 pretrial conference and January 17, 2011 trial.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272.

IT IS SO ORDERED.

**Dated:   January 11, 2011**                    **/s/ Lawrence J. O'Neill**
                                                                        UNITED STATES DISTRICT JUDGE